# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
THONGKHOUNE INTHOULANGSY, )
)
    Petitioner, )
) **Criminal Action No.**
v. ) **05-40037-FDS**
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

## ORDER ON TRANSFER OF PETITION

**SAYLOR, J.**

    On June 18, 2012, this Court issued an order dismissing the petition for a writ of habeas corpus. On September 13, 2017, petitioner filed a second motion to vacate pursuant to 28 U.S.C. § 2255. Because this is a second or successive petition under § 2255, this Court does not have jurisdiction "unless and until the court of appeals has decreed that it may go forward." *Bucci v. United States*, 809 F.3d 23, 26 (1st Cir. 2015). The Court declines to dismiss the petition under the circumstances presented here, and transfer to the Court of Appeals is therefore appropriate.

    This matter is hereby TRANSFERRED to the United States Court of Appeals for the First Circuit in accordance with 28 U.S.C. §§ 2244(b)(3)(A) and 2255(h). The clerk is directed to take the necessary steps to effect the transfer to the Court of Appeals.

**So Ordered.**

                                                   /s/ F. Dennis Saylor IV
                                                   F. Dennis Saylor IV
Dated: September 15, 2017              United States District Judge